

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2020

By ECF
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Anthony Belmosa v. United States of America,*
              Civ. No. 19-CV-6788 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

      This Office represents Defendant United States of America in connection with the above-referenced Federal Tort Claims Act case, in which Plaintiff alleges that, while making a cargo delivery at the United States Post Office's ("USPS") location at JFK International Airport ("JFK"), he fell after stepping down from his truck into a defect in the pavement. In accordance with the Court's Orders dated March 2 and June 9, 2020, the parties respectfully submit this status report concerning the joint inspection of the pavement in question.

      Earlier today, the parties inspected the cargo roadway at the JFK Post Office. Plaintiff claims that the defect is no longer visible and may have been paved. The USPS maintains that the area was not paved. Nevertheless, because the alleged defective condition at the site could not be identified, the parties submit that the Court's contemplated site visit would not be productive.

      The parties thank the Court for its consideration of this matter.

                                    Respectfully submitted,

                                    RICHARD P. DONOGHUE
                                  United States Attorney

                By:        /s/
                                  Matthew J. Modafferi
                                  Assistant U.S. Attorney
                                  718-254-6229
                                  Matthew.modafferi@usdoj.gov

cc:   Matthew T. Gammons, Esq. (By ECF)
      *Attorney for Plaintiff*