1

1

2  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF NEW YORK

3  --------------------------------------x

4  ANTHONY BELMOSA,

5                           Plaintiff,

6        -against-            Civil Action No.

7                            1:19-cv-06788 BMC

8  UNITED STATES OF AMERICA,

9                           Defendant.

10 --------------------------------------x

11

12
                    September 17, 2020
13                  10:35 a.m.

14

15

16      DEPOSITION of ANTHONY BELMOSA, the Plaintiff

17 herein, taken by the Defendant, pursuant to Order,

18 held on the above-noted date and time, via Zoom,

19 before a Notary Public of the State of New York.

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1                       A. Belmosa

2          Q     So, if you were to approximate, how

3     long had you been on the job as of August 22,

4     2016?

5          A     Around -- say about six or seven

6     months.

7          Q     Did you have to undergo training to

8     drive that truck?

9          A     No, sir.

10         Q     The truck you were driving, you

11    described it as a tow truck.

12               Was that a bobtail truck?

13         A     Yes, a bobtail.

14         Q     Did you need a special license to

15    drive a bobtail truck?

16         A     No, sir.

17         Q     You didn't need to have a commercial

18    license or anything like that?

19         A     No, sir.

20         Q     For how long had you been driving a

21    bobtail truck like that?

22         A     I drive trucks all the time.

23         Q     I will ask the question a different

24    way.

25               For approximately how long had you

43

1                      A. Belmosa

2      the other side of the gate where you parked your

3      car -- parked your truck?

4              A    Very familiar.   I pass there every

5      day.

6              Q    How many times would you say you had

7      driven on that piece of roadway prior to August

8      22, 2016?

9              A    Every day.

10             Q    Was it your normal practice when you

11     were delivering cargo or picking up cargo or

12     picking up mail or dropping off mail at that post

13     office location to sort of go through the gate,

14     park your truck, and then go back and show your ID

15     to the guard?

16             A    Basically when we come up to the gate

17     we have to present our ID.

18             Q    On August 22, 2016, when you went

19     through the gate without showing your ID, was that

20     the first time you've ever done it that way?

21             A    Yes, because there was a long line

22     behind me.

23             Q    You said there was a long line behind

24     you?

25             A    Yes, they had other trucks coming.

46

```
 1                    A. Belmosa

 2    around the building.

 3                    MR. GAMMONS:  Anthony, just wait for a

 4           question, please.

 5           Q     Is it fair to say the area where the

 6    incident happened was well lit?

 7           A     Part of it, yes.

 8           Q     What do you mean by that?

 9           A     It was partially lit.  Part of it has,

10    like, overshadows and some very lit where you

11    could see.

12           Q     The area where you were parked, where

13    you parked the bobtail truck and you were getting

14    out, was that area well lit?

15           A     Yes.

16           Q     Now, you mentioned that you stepped

17    out of your truck and then, I guess, which foot

18    touched down, touched the ground first?

19           A     My left foot.

20           Q     When you got out of the truck and you

21    were stepping down, approximately how high from

22    the ground did you have to step?

23           A     Say about two feet or three feet.

24           Q     Did the bobtail truck that you were

25    driving, did it have steps?
```

50

1              A. Belmosa

2              How long would you say the hole was?

3         A    It was about -- say about four to six

4    feet.

5         Q    How wide would you say the hole was?

6         A    It was as wide as my shoe.

7         Q    If you were to approximate using feet

8    or inches, what would you say about the width?

9         A    The width is about two to three

10   inches.

11        Q    Now, did you see the hole before you

12   stepped out of the truck?

13        A    No.

14        Q    Did you see the hole at any point in

15   time before your left foot stepped in it?

16        A    No.

17        Q    Prior to August 22, 2016, do you

18   remember seeing a hole in that area of the road?

19        A    I never parked there prior to that.

20             MR. GAMMONS:  Just answer the

21             question, Anthony, please.

22        A    No.

23        Q    When was the first time that you

24   noticed that there was a hole in the road in that

25   location?

51

1                           A. Belmosa

2            A     When the accident occurred.

3            Q     When you say "the accident occurred,"

4     was it after your foot was in the hole?

5            A     Yes.

6            Q     You said you rolled sort of to the

7     ground.

8                  How long were you on the ground for?

9            A     For about five minutes tops.

10           Q     As far as you know, was anyone around

11    to witness the fall?

12           A     It was a couple of people, but I don't

13    recall their names.  I don't have their names.

14           Q     When you say "a couple of people," do

15    you know who they were or why they were -- were

16    they employees of --

17           A     Employees.  One was an employee.

18           Q     An employee of what?

19           A     The post office.  He moves the mail.

20           Q     Did you speak to that person at all?

21           A     No.

22           Q     Did that person come over and say

23    anything to you?

24           A     He asked me what happened.

25           Q     What did you say?

58

1                      A. Belmosa

2             MR. GAMMONS:  You said as he stepped

3        out of the truck.  I'm asking, did he

4        notice it was wet, or are you just saying

5        at the time this all happened was the

6        ground wet?

7             MR. MODAFFERI:  Fine.

8        Q    When you were driving your bobtail

9   truck through the guard gate, did you notice

10   whether the ground was wet?

11        A    No.

12        Q    Do you know whether it rained prior to

13   you getting out of your truck on August 22, 2016?

14        A    No.

15        Q    No, it didn't or no, you don't know?

16        A    I don't think it did.

17        Q    I'm sorry?

18        A    No, it did not.

19        Q    Previously you mentioned that you had

20   fallen onto the ground.

21             While you were on the ground after you

22   fell, did you call to anyone, scream out to

23   anyone, make any noise that you can remember?

24        A    Yes.

25        Q    What noise?