

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 20, 2020

By ECF
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Anthony Belmosa v. United States of America,*
             Civ. No. 19-CV-6788 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

     This Office represents Defendant United States of America in this Federal Tort Claims Act case. As discussed at the November 19, 2020 pre-trial conference, Defendant respectfully informs that Court that it will forgo summary judgment motion practice and proceed with a liability bench trial on January 11, 2021. As Your Honor may recall, the joint pre-trial order filed on November 16, 2020 (*see* Dkt. Entry No. 18) was prepared, as well as discovery to date has been conducted, in contemplation of a trial on liability with a damages trial to follow additional discovery, if necessary.

     We thank the Court for its consideration of this matter.

                             Respectfully submitted,

                             SETH D. DuCHARME
                             Acting United States Attorney

            By:        /s/
                  Matthew J. Modafferi
                  Assistant U.S. Attorney
                  718-254-6229
                  Matthew.modafferi@usdoj.gov

cc:   Matthew T. Gammons, Esq. (By ECF)
      *Attorney for Plaintiff*