

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

_____

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 27, 2021

By ECF
Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *Anthony Belmosa v. United States of America,*
                  Civ. No. 19-CV-6788 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

        This Office represents Defendant United States of America in connection with the above-referenced Federal Tort Claims Act case. In accordance with the Court's January 26, 2021 Order, the parties respectfully submit the following list of witnesses and exhibits.

        Witnesses:

-   Anthony Belmosa (Plaintiff)
-   Alfred Haywood (Maintenance Manager at the JFK United States Postal Service facility)

        Exhibits:

-   Two photographs of the pavement taken by Plaintiff (Plaintiff's Exhibit)
-   Google Map overhead views of the JFK USPS facility (Defendant's Exhibit)
-   Citimedical Examination Report, dated February 8, 2017 (Defendant's Exhibit)

        The parties thank the Court for its consideration of this matter.

                Respectfully submitted,

                SETH D. DuCHARME
                United States Attorney

        By:           /s/
                Matthew J. Modafferi
                Assistant U.S. Attorney
                718-254-6229
                Matthew.modafferi@usdoj.gov

cc:     Matthew T. Gammons, Esq. (By ECF)
        *Attorney for Plaintiff*